UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROLAND PELLETIER,

    Petitioner,

v.                                           Case No: 5:22-cv-497-WFJ-PRL

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

**ORDER OF TRANSFER**

    It appears from the record that the judgment of conviction against which relief is sought was entered by the Circuit Court, in and for Alachua County, Florida. Therefore, pursuant to Local Rule 1.02(c) and 28 U.S.C. § 2241(d), this case is transferred to the United States District Court for the Northern District of Florida for all further proceedings. The Clerk is directed to forward the file to that District.

    **DONE AND ORDERED** at Tampa, Florida, on November 1, 2022.

                                                            WILLIAM F. JUNG
                                                            UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Petitioner, pro se